## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 529 WAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JEROD ALAN GREEN, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.